UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THOMAS L. WHITTY,<br><br>    Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No. C06-5237RBL<br><br><br><br><br>ORDER FOR REMAND |

Based on the stipulation of the parties it is hereby ORDERED that the above-captioned case be remanded for further administrative proceedings. On remand, the Administrative Law Judge (ALJ) will obtain medical expert testimony to assist in determining the severity of Plaintiff's impairments and the materiality of his substance abuse disorder. The ALJ will re-evaluate Plaintiff's mental impairments and assess his functional limitations using the special technique provided in the regulations. The ALJ will re-evaluate the medical source opinions of Russell M. Bragg, Ph.D., Bruce J. Tapper, Ph.D., and Richard J. VanCalcar, M.D.  The ALJ will re-evaluate Plaintiff's credibility and lay witness testimony, and reassess Plaintiff's residual

Page 1     ORDER- [C06-5237RBL]

functional capacity.  If necessary, the ALJ will obtain vocational expert testimony to determine whether Plaintiff can perform his past relevant work or other work.

This case is reversed and remanded on the above grounds pursuant to sentence four of 42 U.S.C. § 405(g), and Plaintiff is entitled to reasonable attorney's fees and costs pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court.

DATED this 4th day of Octpber. 2006

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Recommended for Entry:

*/s/ J. Kelley Arnold*
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ CAROL A. HOCH   WSB # 9289
Special Assistant U.S. Attorney
Attorney for Defendant
Office of the General Counsel
701 Fifth Ave, Ste 2900, M/S 901
Phone:  206-615-2684
Fax:     206-615-2531
carol.a.hoch@ssa.gov

Page 2    ORDER- [C06-5237RBL]