06-CV-05237-ORD

**JUDGE RONALD B. LEIGHTON**

FILED ____ LODGED
____ RECEIVED

DEC - 1 2006

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

Thomas L. Whitty )
 ) CIVIL NO.   C06-5237 RBL
   Plaintiff, )
vs. ) ORDER ON EAJA FEES
 )
JO ANNE B. BARNHART, )
Commissioner of Social Security, )
 )
   Defendant. )
_____ )

Based upon the parties' Stipulation for Award of Attorney Fees and Expenses, and the Court agreeing that fees and expenses should be awarded under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and that costs should be awarded under 28 U.S.C §1920 it is hereby ORDERED that:

Defendant shall pay Plaintiff's counsel, Richard Linn Rogers, attorney fees of $2,398.55, and expenses of $50.00, under the EAJA, under 28 U.S.C. § 2412, and costs of $350.00 under 28 U.S.C. §1920.

Dated: 12-1-06

JUDGE LEIGHTON

ORDER FOR AWARD
OF ATTORNEY FEES AND
COSTS PURSUANT TO EAJA
Page 1 of 1

RICHARD LINN ROGERS
PO BOX 180
SEQUIM, WA 98382
360-638-7705